COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-136-CV

PETER GUDMUNDSSON, CHRISTOPHER APPELLANT
S

BANCROFT, BRUCE LEADBETTER, JIM 

ARMSTRONG, TREY TRAVIESA, HARBERT 

MULHERIN, IDEALAB CAPITAL PARTNERS, 

AND GRYPHON HOLDINGS 

V.

NATIONAL UNION FIRE INSURANCE COMPANY APPELLEE

OF PITTSBURG, PA 

 
 

----------

FROM THE 362ND
 DISTRICT COURT OF DENTON COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellants’ “Motion To Dismiss.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL D:  WALKER, J.; CAYCE, C.J.; and DAUPHINOT, J.  

DELIVERED:  March 1, 2007  

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.